```
Max Cline, Esq. SBN 55533
Jake Cline, Esq. SBN 236531
Andrew Christensen, Esq. SBN 260748
The Cline Law Group
1970 Broadway, Suite 550
Oakland, CA 94612
(510) 255-4632
```

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of: ) | Case No. 13-40752-WJL13 |
| ) | |
| Joel Bognot Cruz ) | **Second Amended Motion Motion to** |
| ) | **Modify Chapter 13 Plan After** |
| Shumsha Banu Hanif-Cruz ) | **Confirmation** |
| Debtors | |

The Debtors request the Court modify the Chapter 13 Plan as follows:

1. Debtors have paid $34,200.00 into their Chapter 13 case through February 2016. The monthly Plan payments shall be modified to:

    a. $1,837.00 starting in March 2016 and continuing until the plan completes.

2. Debtor(s) reason for requesting the above modification is: The case is unfeasible due to an increased arrearage claim filed by Midwest First Financial LLC. In order for the plan to complete within sixty (60) month maximum time frame, the plan payments need to be increased.

3. The following documents are attached in support of this Second Amended Motion Motion: Declaration of the Debtor, and updated Schedules I and J.

Dated:  March 31, 2016          /s/ Jake Cline
                                Jake Cline
                                Attorney for Debtors